# Intended Notice Recipients – Method of Notice

District/Off: 0209−1     User: dphair     Date Created: 7/31/2006
Case: 1−02−17872−MJK     Form ID: pdfattch     Total: 7

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | John H. Ring, III | bankruptcy@buffalo.com, ny33@ecfcbis.com |
| aust | Christopher K. Reed, 11 | USTPRegion02.bu.ecf@usdoj.gov |
| aty | Daniel E. Brick | brickelmer@aol.com |

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| db | Andrew Leslie Adams | 57 Dalewood Drive | Amherst, NY 14228−3031 | |
| db | Deborah Ann Adams | 57 Dalewood Drive | Amherst, NY 14228−3031 | |
| ust | Christopher K. Reed | Office of the U.S. Trustee | 42 Delaware Avenue, Suite 100 | Buffalo, NY 14202 |
| 5761498 | Amose Business Finance | P.O. Box 660631 | Dallas, TX 75266−0631 | |

TOTAL: 4