**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

---

In Re: | | | Case No.: 1−02−17872−MJK
Andrew Leslie Adams | SSN/TaxID: xxx−xx−5654 | Chapter: 7
Deborah Ann Adams | | xxx−xx−2029
| Debtor(s) | |

---

**PLEASE TAKE NOTICE** that pursuant to §501 of Title 11 of the United States Code, a proof of claim has been filed on behalf of:

    Amose Business Finance
    P.O. Box 660631
    Dallas, TX 75266−0631

by    ( )    the debtor or their attorney
     ( X )    the trustee or debtor−in−possession
     ( )    a co−debtor of the debtor

Said creditor is entitled to file a superceding claim on their own behalf. August 30, 2006 is fixed as the deadline for filing a superseding claim.

An official form prescribed for filing proof of claim is enclosed with this notice for your use.

Dated: July 31, 2006                                            Paul R. Warren
                                                                                 Clerk, U.S. Bankruptcy Court

                                                                                    By: D. Phair
                                                                                    Deputy Clerk

**Form claim501**
Doc 47