UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Andrew Leslie Adams
    Deborah Ann Adams

               Debtor(s)

Case No.: 1–02–17872–MJK
Chapter: 7

SSN: xxx–xx–5654
SSN: xxx–xx–2029

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[   ]   Case Title and/or case number was not provided with original application.

[   ]   Affidavit is not dated.

[   ]   Claimant's current address was not provided with original affidavit.

[   ]   Claimant must state why check was not presented for payment at the time of original issuance.

[   ]   Requested amount of reimbursement must be stated on affidavit.

[   ]   Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[   ]   Affidavit must be notarized.

[   ]   Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[   ]   Documentation to substantiate claimant name change from original disbursement is needed.

[   ]   Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[   ]   Required Tax Identification Number or Social Security Number was not provided with application.

[ X ]   Other: Corporate Seal is Missing from Authority to Act or Limited Power of Attorney. The Form AO213–NYW Vendors Information/TIN Certification, in the Vendors address section, needs to be consistent with the address for disbursement of funds listed in your Affidavit. A copy of the AO213–NYW form can be accessed from the Courts Website at www.nywb.uscourts.gov by clicking on Fees>Other Financial Information. Please re–submit all corrections to the Bankruptcy Court for further processing of your request.

    If you have any further questions, please call the Court at 716–362–3200.

Date: December 19, 2012

Lisa Bertino Beaser
Clerk of Court

Enclosures

Form dfyuncla/Doc 119
www.nywb.uscourts.gov