# Notice Recipients

District/Off: 0209−1  User: bibbs  Date Created: 11/20/2013
Case: 1−02−17872−MJK  Form ID: pdforder  Total: 7

**Recipients of Notice of Electronic Filing:**
tr  John H. Ring, III  bankruptcy@buffalo.com
aty  Daniel E. Brick  brickelmer@aol.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Andrew Leslie Adams  57 Dalewood Drive  Amherst, NY 14228−3031
db  Deborah Ann Adams  57 Dalewood Drive  Amherst, NY 14228−3031
5788151  Charter One Bank  1215 Superior Avenue  Cleveland, OH 44114
 RBS Citizens, National Association  Michael Kohler Senior Vice President  One Citizens Plaza RC0280  Providence, RI 02903
 Dilks &Knopik, LLC  Brian J. Dilks, Managing Member  35308 SE Center Street  Snoqualmie, WA 98065

TOTAL: 5