UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1–02–17872–MJK |
| Andrew Leslie Adams | Chapter: 7 |
| Deborah Ann Adams | SSN: xxx–xx–5654 |
| Debtor(s) | SSN: xxx–xx–2029 |

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center Street
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Please resubmit an original Affidavit to release unclaimed funds to the creditor along with supporting documents to the Bankruptcy Court. Please be sure to serve a copy of the Affidavit upon the U.S. Attorney in the Western District New York.

    If you have any further questions, please call the Court at 716–362–3200.

| | |
|---|---|
| Date: November 21, 2013 | Lisa Bertino Beaser |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 126
www.nywb.uscourts.gov