```
                           United States Bankruptcy Court
                            Western District of New York
In re:                                                       Case No. 02-17872-MJK
Andrew Leslie Adams                                          Chapter 7
Deborah Ann Adams
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0209-1          User: bibbs            Page 1 of 1            Date Rcvd: Nov 20, 2013
                              Form ID: pdforder      Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
db/db         Andrew Leslie Adams,   Deborah Ann Adams,   57 Dalewood Drive,   Amherst, NY 14228-3031
             +Dilks & Knopik, LLC,   Brian J. Dilks, Managing Member,   35308 SE Center Street,
               Snoqualmie, WA 98065-9216
             +RBS Citizens, National Association,   Michael Kohler Senior Vice President,
               One Citizens Plaza RC0280,   Providence, RI 02903-1344
5788151      +Charter One Bank,   1215 Superior Avenue,   Cleveland, OH 44114-3299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2013 at the address(es) listed below:
              Christopher K. Reed    USTPRegion02.bu.ecf@usdoj.gov
              Daniel E. Brick    on behalf of Debtor Deborah Ann Adams brickelmer@aol.com
              Daniel E. Brick    on behalf of Debtor Andrew Leslie Adams brickelmer@aol.com
              John H. Ring, III    bankruptcy@buffalo.com,   jring@ecf.epiqsystems.com
              John H. Ring, III    on behalf of Trustee John H. Ring, III ringlawoffice@aol.com
              William B. Schiller    on behalf of Interested Party   Bank of America wschiller@schillerknapp.com,
               lgadomski@schillerknapp.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Andrew Leslie Adams
    Deborah Ann Adams
              Debtor(s)

Case No.: 1-02-17872-MJK
Chapter: 7

SSN: xxx-xx-5654
SSN: xxx-xx-2029

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

    The Clerk of the United States Bankruptcy Court deposited the sum of $512.43 into the Treasury of the United States on July 24, 2007, under receipt number 11084420, representing unclaimed funds. It appears from the application of the creditor, RBS Citizens, National Association, by and through Dilks & Knopik, LLC, that said funds are properly due and payable to RBS Citizens, National Association. Therefore, it is hereby

    **ORDERED**, that the sum of $512.43 be withdrawn from the United States Treasury and the Clerk of Court is directed to submit a payment voucher for said amount to be paid to RBS Citizens, National Association, c/o Dilks & Knopik, LLC, a third party fund locator.

Dated: NOV 19 2013

**HONORABLE MICHAEL J. KAPLAN**
United States Bankruptcy Court

Form FOUNCDIS
www.nywb.uscourts.gov



FILED
NOV 19 2013
BANKRUPTCY COURT
BUFFALO, N.Y.