```
                          United States Bankruptcy Court
                          Western District of New York
```

In re:                                                            Case No. 02-17872-MJK
Andrew Leslie Adams                                               Chapter 7
Deborah Ann Adams
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0209-1          User: bibbs            Page 1 of 1             Date Rcvd: Nov 21, 2013
                              Form ID: dfyuncla      Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2013.
```
db/db         Andrew Leslie Adams,    Deborah Ann Adams,    57 Dalewood Drive,    Amherst, NY  14228-3031
             +Dilks & Knopik, LLC,    Brian J. Dilks, Managing Member,    35308 SE Center Street,
               Snoqualmie, WA 98065-9216
5761498      +Amose Business Finance,    P.O. Box 660631,    Dallas, TX 75266
5761516       Keybank,    P.O. Box 94668,    Cleveland, OH 44101-4668
5761517       Keybank VISA,    P.O. Box 6533,    The Lakes, NV 88901-6533
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
             +E-mail/Text: rita.robles@key.com Nov 21 2013 18:41:27      Key Equipment Finance, Inc.,
               Johnathan Bruan - Senior Counsel,    1000 South McCaslin Boulevard,    Superior, CO 80027-9437
                                                                                               TOTAL: 1
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2013                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2013 at the address(es) listed below:
```
              Christopher K. Reed    USTPRegion02.bu.ecf@usdoj.gov
              Daniel E. Brick    on behalf of Debtor Deborah Ann Adams brickelmer@aol.com
              Daniel E. Brick    on behalf of Debtor Andrew Leslie Adams brickelmer@aol.com
              John H. Ring, III    bankruptcy@buffalo.com, jring@ecf.epiqsystems.com
              John H. Ring, III    on behalf of Trustee John H. Ring, III ringlawoffice@aol.com
              William B. Schiller    on behalf of Interested Party   Bank of America wschiller@schillerknapp.com,
               lgadomski@schillerknapp.com
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Andrew Leslie Adams
    Deborah Ann Adams

              Debtor(s)

Case No.: 1–02–17872–MJK
Chapter: 7

SSN:  xxx–xx–5654
SSN:  xxx–xx–2029

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center Street
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- Please resubmit an original Affidavit to release unclaimed funds to the creditor along with supporting documents to the Bankruptcy Court. Please be sure to serve a copy of the Affidavit upon the U.S. Attorney in the Western District New York.

    If you have any further questions, please call the Court at 716–362–3200.

Date: November 21, 2013                      Lisa Bertino Beaser
                                                  Clerk of Court

Enclosures

Form dfyuncla/Doc 126
www.nywb.uscourts.gov